**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 03-7088**

───────────────

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

GEORGE CHAMBERS,

                              Defendant - Appellant.

───────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  James R. Spencer, District Judge.  (CR-94-89)

───────────────

Submitted:  October 15, 2003      Decided:  November 10, 2003

───────────────

Before WIDENER, NIEMEYER, and LUTTIG, Circuit Judges.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

George Chambers, Appellant Pro Se.  John Staige Davis, V, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

George Chambers appeals the district court's order denying his motion to modify sentence pursuant to 18 U.S.C. § 3582(c)(2) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Chambers, No. CR-94-89 (E.D. Va. June 24, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED